**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-01397-WDM-CBS** | **FTR**-Reporter Deck Courtroom A402 |
| **Date: January 30, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| PERRY SAUL, | Jeremy A. Sitcoff |
| **Plaintiff,** | |
| v. | |
| STATE FARM AUTOMOBILE INSURANCE COMPANY, | Jon F. Sands |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTIONS HEARING**
**Court in Session:      1:35 p.m.**
Court calls case.  Appearances of counsel.

Counsel present arguments regarding Plaintiff's Motion for Leave to File First Amended Complaint [filed December 4, 2006; doc. 23].

**ORDERED:   Plaintiff's Motion for Leave to File First Amended Complaint [filed December 4, 2006; doc. 23] is taken under advisement.**

HEARING CONCLUDED.

**Court in Recess**:      2:20 p.m.
Total In-Court Time:      00:45