**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-01397-WDM-CBS** | **FTR**-Reporter Deck Courtroom A402 |
| **Date: March 29, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| PERRY SAUL, | Jeremy A. Sitcoff, via telephone |
| | Bradley A. Levin, via telephone |
| **Plaintiff,** | |
| v. | |
| STATE FARM AUTOMOBILE INSURANCE COMPANY, | Jon F. Sands, via telephone |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTIONS HEARING**
**Court in Session:** **11:14 a.m.**
Court calls case. Appearances of counsel.

**ORDERED:** Plaintiff's Motion for Leave to File First Amended Complaint [filed December 4, 2006; doc. 23] is granted for the reasons stated on the record. The First Amended Complaint and Jury Demand tendered December 4, 2006 as exhibit #4 to the Motion for Leave to File First Amended Complaint (doc. 23) is hereby deemed filed on this date.

**ORDERED:** Joint Motion to Amend the Scheduling Order [filed March 9, 2007; doc. 37] is granted for the reasons stated on the record. The deadline to designate affirmative experts is extended to April 20, 2007, and the deadline to designate rebuttal experts is extended to May 4, 2007.

HEARING CONCLUDED.

**Court in Recess:** **11:28 a.m.**
Total In-Court Time:   00:14