IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01397-WDM-CBS

PERRY SAUL,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Stipulated Motion to Amend the Scheduling Order to Extend the Deadline for Completion of Depositions (*doc. no. 46)* is **GRANTED**. The discovery deadline is extended to **July 31, 2007**, solely for the purposes of completing depositions. *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    May 7, 2007